Magistrate Judge Brian A. Tsuchida

1

2

3

4

5

6

7         UNITED STATES DISTRICT COURT FOR THE
          WESTERN DISTRICT OF WASHINGTON
8                    AT SEATTLE

9

10   UNITED STATES OF AMERICA,          CASE NO. MJ24-699

11                    Plaintiff

12                                       COMPLAINT for VIOLATION

13              v.
                                         21 U.S.C. Sections 841(a)(1) and (b)(1)(B)
14   MICHAEL JANISCH,                    18 U.S.C. Section 924(c)(1)(A)(i)

15                    Defendant.
                                         (Felony)
16

17

18       BEFORE BRIAN A. TSUCHIDA, United States Magistrate Judge, U. S.

19   Courthouse, Seattle, Washington.

20       The undersigned complainant being duly sworn states:

21                          **COUNT 1**

22       **(Possession of a Controlled Substance with Intent to Distribute)**

23       On or about October 30, 2024, in King County, within the Western District of

24   Washington, Michael JANISCH, did knowingly and intentionally possess, with the intent

25   to distribute, a controlled substance, including: cocaine, a controlled substance under

26   Title 21, United States Code.

27

Complaint - 1
*United States v. Michael Janisch*

It is further alleged that this offense involved 500 grams or more of cocaine, its salts, optical and geometric isomers, and salts of isomers.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

### COUNT 2

**(Possession of a Firearm in Furtherance of a Drug Trafficking Crime)**

On or about October 30, 2024, in King County, within the Western District of Washington, Michael JANISCH, knowingly possessed a firearm, that is: a Mossberg 590 shotgun, in furtherance of a drug trafficking crime for which the defendant may be prosecuted in a court of the United States: *Possession of a Controlled Substance with Intent to Distribute*, as alleged in Count 1 above.

All in violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

And the complainant states that this Complaint is based on the following information:

I, Jonas Restad, being first duly sworn on oath, depose and say:

### AFFIANT BACKGROUND AND QUALIFICATIONS

1.      I am a "law enforcement officer of the United States" within the meaning of Title 18, United States Code, Section 2510(7). Specifically, I am a Special Agent (SA) with Homeland Security Investigations ("HSI") within the United States Department of Homeland Security (DHS). As a Special Agent, I investigate violations of the Controlled Substance Act, Title 21, United States Code, Section 801, et seq., and other violations of federal law, to include violations of Title 18, United States Code, Sections 922 and 924. I have been a Special Agent with HSI since April 2021. I was trained to conduct investigations relating to violations of federal law including the manufacturing and trafficking of controlled substances and money laundering through the Criminal Investigator Training Program and the Homeland Security Investigations Special Agent Training Program at the Federal Law Enforcement Training Center in Glynco, Georgia.

Complaint - 2
*United States v. Michael Janisch*

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1   My training and experience in narcotics enforcement has included the identification of

2   narcotics, including fentanyl, cocaine, methamphetamine, heroin, opium, MDMA, and

3   marijuana, and the investigation of persons in possession of narcotics for purposes of

4   sales and transportation, as well as persons conspiring to transport and sell narcotics.

5           2.      As a federal law enforcement officer, I have received formal training, as

6   well as on-the-job training, in the investigation of narcotics trafficking. I have

7   participated in investigations involving controlled substances, money laundering, and

8   other criminal activity. I am familiar with how drug traffickers use, sell, conceal, and

9   transport, controlled substances. I have been involved in drafting and executing a number

10  of search warrants, conducting controlled narcotics buy operations, and arresting those

11  involved in controlled substances trafficking. I also speak regularly with narcotics

12  investigators at the federal, state, and local level, sellers of narcotics, and informants

13  regarding the manner in which sellers of narcotics store, sell, transport, and communicate

14  about narcotics.

15          3.      I am also familiar with the methods employed by narcotics traffickers to

16  conceal their trafficking activity, and the origin of proceeds generated by this activity.  I

17  am aware that traffickers use slang and coded words, multiple cell phones, concealed

18  compartments, "stash" houses to conceal their activities, and launder or otherwise

19  conceal cash proceeds by hiding and transporting bulk cash, sending funds through wire

20  transfers or bank accounts in other persons' names, and/or investing in assets placed in

21  other persons' names.

22          4.      I know that persons who illegally possess and distribute controlled

23  substances often possess firearms and ammunition to protect themselves, their drugs, and

24  their drug proceeds, which are often kept as large quantities of cash. I also know that drug

25  dealers will often need and use firearms to help them intimidate potential rivals and to aid

26  in the collection of drug debts. Therefore, I know that firearms and ammunition, knives

27

Complaint - 3
*United States v. Michael Janisch*

1    and other weapons are often found at the location of narcotic search warrants, referred to

2    in communications, and on persons involved in drug dealing and trafficking.

3         5.    I know from my training and experience drug dealers often use their

4    vehicles to conduct and facilitate their drug distribution activities. Drug dealers

5    commonly store drugs and drug proceeds at their residences or stash houses and then

6    transport them to/away from their residences or the stash houses in their vehicles. Drug

7    dealers also commonly use their vehicles to transport drugs and drug proceeds between

8    stash houses and their customers. Additionally, drug dealers sometimes store drugs and

9    drug proceeds in their vehicles so that law enforcement officers searching their residences

10   do not discover them.

11        6.    This application is based on information I have gained from my own

12   investigation, personal observations, training, and experience, as well as information

13   related to me by other detectives, police officers, and/or federal agents through oral and

14   written reports. In addition, I have reviewed and am familiar with the investigative file in

15   this matter.

16   **INVESTIGATION AND PROBABLE CAUSE**

17        7.    This investigation arose from a drug trafficking investigation conducted out

18   of the Western District of Pennsylvania (WDPA). As a result of that earlier investigation,

19   29 defendants were charged on December 20, 2022, in the WDPA for violation of Title

20   21, United States Code, Section 846, Conspiracy to Distribute Controlled Substances

21   (including cocaine, fentanyl, and methamphetamine), and other federal offenses. *See*

22   WDPA Case No. CR22-021. The WDPA conspiracy spanned several states, including

23   Pennsylvania, Arizona, and Washington.

24        8.    One of the leaders of the Washington arm of the conspiracy was Bryce Hill

25   (hereafter, "HILL"). Intercepted communications from December 1, 2022, to January 11,

26   2023, over HILL's cell phone, (702) 354-8467 (hereafter, "TT39"), revealed HILL was a

27   prolific narcotics distributor in the Western District of Washington (WDWA). Based on

Complaint - 4
*United States v. Michael Janisch*

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

evidence gathered in the investigation, agents estimate HILL was receiving and redistributing approximately one million fentanyl pills every seven to ten days. The investigation revealed that HILL also redistributed a significant quantity of cocaine and methamphetamine. HILL was typically resupplied by couriers who flew the controlled substances, which were concealed in their checked luggage, from Phoenix to Seattle. HILL was charged in the WDPA case and arrested in Seattle on January 11, 2023.

9.    The subsequent investigation has revealed that HILL was working with Amir OSMAN and Michael JANISCH to distribute drugs in this District.

10.    On May 8, 2024, in WDWA Cause No. GJ24-321, the Honorable U.S. District Court Judge John H. Chun authorized the interception of electronic communications over Amir OSMAN's Snapchat account with username "twoprezz" (Target Account 14, or "TA14").[1] Investigators began intercepting electronic communications occurring over this account beginning that same day, on May 8, 2024. Pursuant to the terms of the order, interception over TA14 ended on June 6, 2024.

*June 24, 2024: OSMAN is Shot and Killed in Seattle's University District*

11.    On June 24, 2024, OSMAN was shot and killed in the University District neighborhood of Seattle, Washington. More specifically, OSMAN was found in the street near a drug-involved premises located at NE 42nd Street and Pasadena Place NE.[2] OSMAN had been shot through the upper chest. Seattle Police Department detectives are

---

[1] Investigators identified three Snapchat accounts for OSMAN (with the usernames "leemoney206"/"amirlethal," "prezzi2x," and "twoprezz"). "Amirlethal" is a legacy username for "leemoney206." A legacy username is a previous username associated with the identified account. Investigators obtained search warrants for information and records, including content, for all three of these accounts for certain identified periods. A review of the information returned for all three accounts confirmed for investigators that they were used by OSMAN. For example, the content from these accounts included many "selfie"-style videos that had been sent from the accounts. The individual depicted in these "selfie" videos appeared to be OSMAN, based on a comparison with his driver's license photo.

[2] Individuals that have been operating the drug-involved premises immediately adjacent to where OSMAN was shot and killed have recently been charged in a fifteen-count indictment with, *inter alia*, Conspiracy to Distribute Controlled Substances in violation of Title 21, United States Code, Section 841(a)(1), (b)(1)(A), (b)(1)(C), and 846 (in WDWA Cause No. CR24-186-JHC).

1  investigating his homicide. Details regarding OSMAN's murder are still developing.

2        12.    On June 26, 2024, in WDWA Cause No. GJ24-425, the Honorable U.S.

3  District Court Judge John H. Chun authorized the interception of wire and electronic

4  communications over (206) 751-9426 (hereafter, "TT30"). Investigators began

5  intercepting wire and electronic communications occurring over this account beginning

6  that same day, on June 26, 2024. Pursuant to the terms of the order, interception over

7  TT30 ended on July 25, 2024.

8        13.    On August 12, 2024, in WDWA Cause No. GJ24-524, the Honorable U.S.

9  District Court Judge John H. Chun authorized the interception of wire and electronic

10  communications over (206) 683-2980 (hereafter, "TT35"), (929) 371-1019 (hereafter,

11  "TT37"), and (206) 255-0855 (hereafter, "TT45"). Investigators began intercepting wire

12  and electronic communications occurring over these telephones beginning that same day,

13  on August 12, 2024. Pursuant to the terms of the order, interception over TT35, TT37,

14  and TT45 ended on September 10, 2024.[3]

15        *JANISCH is Identified to be a Drug Trafficking Associate of both HILL and*

16        *OSMAN*

17        14.    In communications extracted from HILL's phone (TT39) (pursuant to a

18  warrant obtained in WDWA Cause No. MJ23-007), investigators identified Snapchat

19  communications between HILL (from an account with username "bmoneydadon42") and

20  an account with username "nbaseattle1." Investigators subsequently identified that

21  JANISCH was the user of the "nbaseattle1" account.[4]

22

23  [3] During interception over TA14, TT30, TT35, TT37, and TT45, investigators did not intercept the number they had
24  identified JANISCH to be using. Investigators do not know if JANISCH had additional numbers he was using during
    this time.

25  [4] Records obtained from Snap Inc. for the account "nbaseattle1" (obtained pursuant to a warrant in WDWA Cause
26  No. MJ24-155), reflect that the display name for that account is "Zac Wit Da Pac." On March 13, 2023, the user of
    the "nbaseattle1" account sent another user the Cash App account with username "$NBASeattle" and the display name
27  "Zac T." When reviewing that Cash App account, investigators noticed a similar Cash App account with username

Complaint - 6
*United States v. Michael Janisch*

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1    15.    Specifically, on January 10, 2023 it appeared JANISCH ("nbaseattle1")

2  asked HILL ("bmoneydadon42") about firearm "switches":

**NBASEATTLE1**                                              ✓ Received
                                                            1/10/2023 6:33:14 AM
Aye you still got them siwtches in the jeep ya?

**BMONEYDADON42**                                           ↗ Sent
                                                            1/10/2023 6:33:21 AM
Yesiiiir

**NBASEATTLE1**                                             ✓ Received
                                                            1/10/2023 6:34:04 AM
Yuppp I be forgetting what all is in there lmaooo

**NBASEATTLE1**                                             ✓ Received
                                                            1/10/2023 6:34:23 AM
Need one of them thangs📦🐥🔫

**BMONEYDADON42**                                           ↗ Sent
                                                            1/10/2023 6:34:37 AM
Got u brotha🤙

16    16.    Based on training and experience, investigators know that a "switch" often

17  means a "Glock switch," which is a firearm component – machinegun conversion devices

18  (MCDs) – that converts a semi-automatic pistol into a machinegun capable of fully

19  automatic fire. Through the broader investigation, investigators know that members of

20  this drug trafficking organization (DTO) have used MCDs on their firearms. For

21  example, when HILL was arrested on January 11, 2023, investigators found a Glock

22  pistol, modified with a "switch" as well as an extended magazine, under the driver's seat

23  of his vehicle (a black 2016 Mercedes). Additionally, on May 22, 2024, investigators

24  searched the residence of another DTO member, Cooper SHERMAN, in the Ballard

---

25

26  "$nbaseattle312" and display name "Michael Janisch." Investigators then reviewed JANISCH's driver's license photo
    and noted that the photograph appeared to be of the same individual depicted in the content in the "nbaseattle1"

27  Snapchat account.

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  neighborhood of Seattle and found a Glock pistol modified with a "switch," with an

2  extended magazine inserted.

3          17.    The above Snapchat conversation between HILL and JANISCH continued,

4  and it appeared they were discussing how much money they were making, presumably

5  from narcotics sales:



18          18.    Here, HILL and JANISCH appear to have been discussing how much

money they would like to acquire in a certain timeframe. For example, JANISCH stated

Complaint - 8
*United States v. Michael Janisch*

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

"... finna be up a million... [,]" to which HILL replied, "[n]o cap [emoji] I'm on route to hit it before my bday in march." When JANISCH stated "[t]his the winning team fr [for real]," investigators believe that JANISCH was suggesting the sale of narcotics is lucrative as he then mentioned "fetty," which investigators know is a common slang abbreviation for "fentanyl." Investigators seized approximately 26.7 kilograms of fentanyl pills, approximately $387,559 in U.S. currency, and multiple firearms from HILL's residence at the time of his arrest on January 11, 2023 – one day after this exchange between JANISCH and HILL.

19.     Also via Snapchat, on or about September 27, 2023, JANISCH ("nbaseattle1") also sent OSMAN (at the account with username "prezzi2x") the following images:



20.     Based on training and experience, investigators believe these images depict MDMA.

///

///

Complaint - 9
*United States v. Michael Janisch*

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

*Messages in JANISCH's Snapchat Account Reflect he Possessed and Used Firearms Switches*

21.    Based upon the communications detailed above, investigators obtained a search warrant for JANISCH's "nbaseattle1" account (in WDWA MJ24-155).[5]

22.    On March 18, 2023, JANISCH ("nbaseattle1") sent Snapchat user "austin305jit" a message with a video attached. The video depicts what appears to be a "Glock switch," or MCD. As described above, investigators know, based on training and experience, that a "Glock switch," or MCD, is a firearm component that converts a semi-automatic pistol into a machinegun—i.e., a pistol capable of fully automatic fire. The following is a screenshot from that video:



23.    On March 18, 2023, JANISCH ("nbaseattle1") sent another video to the Snapchat user "svtcontour". The video depicts the videographer shooting a pistol that

---

[5] Records obtained from Snap Inc. reflect that JANISCH's Snapchat account "nbaseattle1" was active until approximately October 27, 2023. On January 29, 2024, investigators searched for "nbaseattle1" using an undercover Snapchat account and could not find it. Investigators believe, therefore, that the account was deleted at some point between October 27, 2023 and January 29, 2024. Though investigators have attempted to identify a new Snapchat account for JANISCH, such efforts have been unsuccessful to date. More generally, investigators know that Snapchat has been attempting to prevent illegal activities on its platform and has been banning users and deleting accounts that post images of narcotics and firearms. Investigators do not know, however, whether this explains why they have not found another account for JANISCH.

Complaint - 10
*United States v. Michael Janisch*

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

fires fully automatically. It appears to be equipped with an MCD, similar to the one depicted in the video above. The following is a screenshot from the video:



24.    In WDWA Cause No. MJ24-691, investigators obtained a warrant to search JANSICH's residence, located at 2849 60th Ave SE, Mercer Island, WA 98040, for evidence of drug trafficking, associated firearms offenses, and money laundering.

25.    Investigators executed the warrant at JANISCH's residence on October 30, 2024. During the search of JANISCH's residence, investigators discovered a large safe located in what they determined to be JANISCH's bedroom. In the safe, investigators recovered, among other things:

a.    approximately 3.6 kilograms of cocaine;[6]

b.    approximately 643.2 grams of ketamine;

c.    approximately 766.1 grams of MDMA;

d.    approximately 64.44 grams of LSD;

e.    approximately 20 firearms, including one that was modified with an MCD,[7]

---

[6] I have been informed by investigators that the identified controlled substances were field tested and tested positive for the identified substances.

[7] An Alcohol Tobacco and Firearms (ATF) firearms expert who was present for a portion of the search of JANISCH's residence has examined this firearm. This ATF firearms expert has informed me that the firearm was

Complaint - 11
*United States v. Michael Janisch*

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

f.    an undetermined amount of bulk cash;[8] and

g.    and a U.S. passport in JANISCH's name.

26.    Next to the bed in JANISCH's bedroom, where the safe was located, investigators found a loaded Mossberg 590 shotgun.

27.    Investigators also found a number of other firearms in the residence. In total (to include the Mossberg shotgun and firearms found in the safe), investigators estimate there were approximately 30 firearms found in the residence.[9]

28.    In addition to the controlled substances identified above, investigators also recovered approximately 31.24 kilograms of suspected psilocybin mushrooms.

## CONCLUSION

29.    Based on the above facts, I respectfully submit that there is probable cause to believe that JANISCH did knowingly and intentionally possess, with the intent to distribute, cocaine, a controlled substance, in violation of 21, United States Code, Section 841(a)(1). Based on the weight of the cocaine – 3.6 kg or 3600 grams – I further submit there is probable cause to believe the offense involved 500 grams or more of cocaine, its salts, optical and geometric isomers, and salts of isomers, in violation of Title 21, United States Code, Section 841(b)(1)(B). Finally, I respectfully submit there is probable cause

///

///

///

a) not loaded with ammunition, b) was found within the safe in JANISCH's bedroom, and c) was fully functional with an MCD – i.e., it was operable as a machinegun.

[8] Investigators estimate this to be tens of thousands of US currency but have not yet obtained an official count.

[9] Due to the large volume of evidence found at JANISCH's residence, investigators are still processing it.

Complaint - 12
*United States v. Michael Janisch*

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1    to believe that JANISCH knowingly possessed a firearm (the loaded Mossberg shotgun)

2    in furtherance of a drug trafficking crime for which the defendant may be prosecuted in a

3    court of the United States, in violation of Title 18, United States Code, Section

4    924(c)(1)(A)(i).

5

6

7    _____
     Jonas Restad, Complainant
8    Special Agent, Homeland Security
     Investigations
9

10

11        Based on the Complaint and Affidavit sworn to before me, and subscribed in my

12   presence, the Court hereby finds that there is probable cause to believe the Defendant

13   committed the offense set forth in the Complaint.

14        Dated this 31st day of October, 2024.

15

16

17   _____

18   BRIAN A. TSUCHIDA
     United States Magistrate Judge
19

20

21

22

23

24

25

26

27

Complaint - 13
*United States v. Michael Janisch*

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970