Magistrate Judge Brian A. Tsuchida

```
_____ FILED     _____ ENTERED
_____ LODGED    _____ RECEIVED

          OCT 31 2024
              AT SEATTLE
       CLERK U.S. DISTRICT COURT
   WESTERN DISTRICT OF WASHINGTON
BY                         DEPUTY
```

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>MICHAEL JANISCH,<br><br>Defendant. | NO. MJ24-699<br><br>MOTION FOR DETENTION |

The United States moves for pretrial detention of the Defendant, pursuant to 18 U.S.C. 3142(e) and (f)

1. **Eligibility of Case.** This case is eligible for a detention order because this case involves (check all that apply):

☐ Crime of violence (18 U.S.C. 3156).

☐ Crime of Terrorism (18 U.S.C. 2332b (g)(5)(B)) with a maximum sentence of ten years or more.

☒ Crime with a maximum sentence of life imprisonment or death.

☒ Drug offense with a maximum sentence of ten years or more.

MOTION FOR DETENTION - 1
MJ24-699, *United States v. Janisch*

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  ☐    Felony offense and defendant has two prior convictions in the four
2  categories above, or two State convictions that would otherwise fall within these four
3  categories if federal jurisdiction had existed.
4  ☐    Felony offense involving a minor victim other than a crime of violence.
5  ☒    Felony offense, other than a crime of violence, involving possession or use
6  of a firearm, destructive device (as those terms are defined in 18 U.S.C. 921), or any
7  other dangerous weapon.
8  ☐    Felony offense other than a crime of violence that involves a failure to
9  register as a Sex Offender (18 U.S.C. 2250).
10 ☒    Serious risk the defendant will flee.
11 ☐    Serious risk of obstruction of justice, including intimidation of a
12 prospective witness or juror.

   2.    **Reason for Detention.** The Court should detain defendant because there are no conditions of release which will reasonably assure (check one or both):

   ☒    Defendant's appearance as required.
   ☒    Safety of any other person and the community.

   3.    **Rebuttable Presumption.** The United States will invoke the rebuttable presumption against defendant under 3142(e). The presumption applies because:

   ☐    Probable cause to believe defendant committed offense within five years of release following conviction for a qualifying offense committed while on pretrial release.
   ☒    Probable cause to believe defendant committed drug offense with a maximum sentence of ten years or more.
   ☒    Probable cause to believe defendant committed a violation of one of the following offenses:  18 U.S.C. 924(c), 956 (conspiracy to murder or kidnap), 2332b (act of terrorism), 2332b(g)(5)(B) (crime of terrorism).

MOTION FOR DETENTION - 2
MJ24-699, *United States v. Janisch*

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

☐    Probable cause to believe defendant committed an offense involving a victim under the age of 18 under 18 U.S.C. 1591, 2241, 2242, 2244(a)(1), 2245, 2251, 2251A, 2252(a)(1) through 2252(a)(3), 2252A(a)(1) through 2252A(a)(4), 2260, 2421, 2422, 2423 or 2425.

4.   **Time for Detention Hearing.** The United States requests the Court conduct the detention hearing:

☐    At the initial appearance

☒    After a continuance of 3 days (not more than 3)

DATED this 31st day of October, 2024.

                                    Respectfully submitted,

                                    TESSA M. GORMAN
                                    United States Attorney

                                    *s/ Michelle Jensen*
                                    MICHELLE JENSEN
                                    JOSEPH C. SILVIO
                                    Assistant United States Attorney

MOTION FOR DETENTION - 3

MJ24-699, *United States v. Janisch*

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970