Presented to the Court by the foreman of the Grand Jury in open Court, in the presence of the Grand Jury and FILED in the U.S. DISTRICT COURT at Seattle, Washington.

November 13, 2024

Ravi Subramanian, Clerk

By_____ Deputy

# UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff <br><br> v. <br><br> MICHAEL JANISCH, <br><br> Defendant. | NO. CR24-216 RSM <br><br> **INDICTMENT** |

The Grand Jury charges that:

## COUNT 1

**(Possession of a Controlled Substance with Intent to Distribute)**

On or about October 30, 2024, in King County, within the Western District of Washington, MICHAEL JANISCH did knowingly and intentionally possess, with the intent to distribute, a controlled substance, including: cocaine, 3,4-methylenedioxymethamphetamine (MDMA), lysergic acid diethylamide (LSD), psilocybin mushrooms, and ketamine, all substances controlled under Title 21, United States Code.

The Grand Jury further alleges that the offense involved 500 grams or more of cocaine, its salts, optical and geometric isomers, and salts of isomers.

Indictment - 1
*United States v. Janisch*
USAO No. 2024R01191

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

## COUNT 2

**(Possession of a Firearm in Furtherance of a Drug Trafficking Crime)**

On or about October 30, 2024, in King County, within the Western District of Washington, MICHAEL JANISCH knowingly possessed a firearm, that is: a Mossberg 590 shotgun, in furtherance of a drug trafficking crime for which the defendant may be prosecuted in a court of the United States: *Possession of a Controlled Substance with Intent to Distribute*, as alleged in Count 1 above.

All in violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

## FORFEITURE ALLEGATION

The allegations contained in Count 1 of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture. Upon conviction of the offense alleged in Count 1 MICHAEL JANISCH shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any property that constitutes or is traceable to proceeds of the offense, as well as any property that facilitated the offense. This property includes, but is not limited to:

a. a Mossberg 590 shotgun, and any associated ammunition.

The allegations contained in Count 2 of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture. Upon conviction of the offense alleged in Count 2, MICHAEL JANISCH shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1), by way of Title 28, United States Code, Section 2461(c), any firearms and ammunition that were involved in the offense, including but not limited to:

a. a Mossberg 590 shotgun, and any associated ammunition.

//
//

Indictment - 2
United States v. Janisch
USAO No. 2024R01191

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

**Substitute Assets.** If any of the above-described forfeitable property, as a result of any act or omission of the defendants,

    a. cannot be located upon the exercise of due diligence;
    b. has been transferred or sold to, or deposited with a third party;
    c. has been placed beyond the jurisdiction of the Court;
    d. has been substantially diminished in value; or,
    e. has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States to seek the forfeiture of any other property of the defendant, up to the value of the above-described forfeitable property, pursuant to Title 21, United States Code, Section 853(p).

A TRUE BILL:

DATED: 11/13/2024

*Signature of Foreperson redacted pursuant to the policy of the Judicial Conference of the United States.*

_____
FOREPERSON

_____
TESSA M. GORMAN
United States Attorney

_____
VINCENT T. LOMBARDI
Assistant United States Attorney

_____
MICHELLE JENSEN
JOSEPH C. SILVIO
Assistant United States Attorneys

Indictment - 3
*United States v. Janisch*
USAO No. 2024R01191

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970