UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>MICHAEL JANISCH,<br><br>　　　　　　　Defendant. | No. 2:24-CR-00216-JHC<br><br>ORDER GRANTING<br>UNOPPOSED MOTION FOR<br>MODIFICATION OF BOND |

This matter came before the Court on Defendant Michael Janisch's Unopposed Motion for Modification of Bond. The Court, having considered the Unopposed Motion, and for compelling reasons shown,

IT IS ORDERED that the Bond be modified as follows:

- The Bond Condition stating that "Defendant shall not have direct contact or indirect contact with Audrey Chipman" shall be amended to allow non-case related written communication with Audrey Chipman subject to the below conditions.

- Mr. Janisch and Ms. Chipman shall be permitted to send two emails (each) to each other every week.

- Each email shall copy Mr. Janisch's attorneys Matthew Diggs (matthewdiggs@dwt.com) or Emma Englund (emmaenglund@dwt.com), and Ms. Chipman's attorney, Jennifer Horwitz (jennifer@jenniferhorwitzlaw.com).

ORDER GRANTING UNOPPOSED MOTION FOR
MODIFICATION OF BOND (2:24-CR-00216-JHC) - 1

- If an email contains or references case-related information, which includes information related to seizures or forfeiture, or indicates that Mr. Janisch and Ms. Chipman are or have been communicating through other channels besides email, Mr. Janisch's attorneys will forward the email to Mr. Janisch's pretrial services officer, Chandra Wageman.

DATED: March 21, 2025

John H. Chun
United States District Judge

ORDER GRANTING UNOPPOSED MOTION FOR
MODIFICATION OF BOND (2:24-CR-00216-JHC) - 2