UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>    v.<br><br>MICHAEL JANISCH,<br><br>                Defendant. | No. 2:24-CR-00216-JHC<br><br>ORDER GRANTING UNOPPOSED MOTION FOR MODIFICATION OF BOND |

This matter comes before the Court on Defendant Michael Janisch's Unopposed Motion for Modification of Bond. Dt. # 43. The Court, having considered the Unopposed Motion, and for compelling reasons shown,

IT IS ORDERED that the Bond be modified as follows:

- Defendant's Location Monitoring shall allow for up to 5 hours of volunteer service outside of his residence per week.

DATED this 15th day of May, 2025.

*John H. Chun*
John H. Chun
United States District Judge

ORDER GRANTING UNOPPOSED MOTION
FOR MODIFICATION OF BOND CONDITION (2:24-CR-00216-JHC) - 1