UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>   v.<br><br>MICHAEL JANISCH,<br><br>               Defendant. | No. 2:24-CR-00216-JHC<br><br>ORDER GRANTING UNOPPOSED MOTION TO MODIFY LOCATION MONITORING BOND CONDITION TO CURFEW ONLY STATUS |

This matter came before the Court on Defendant Michael Janisch's Unopposed Motion to Modify Location Monitoring Bond Condition to Curfew Only Status. Dkt. # 47. The Court, having considered the Unopposed Motion, and for compelling reasons shown,

ORDERS that the Location Monitoring Bond Condition be modified as follows:

The following condition shall be removed from Defendant's Bond:

- The defendant shall participate in the location monitoring program with Active Global Positioning Satellite technology. The defendant is restricted to his/her residence at all times except for employment, religious services, medical, legal reasons, or as otherwise approved by the location monitoring specialist. The defendant shall abide by all program requirements, and must contribute towards the costs of the services, to the extent financially able, as determined by the location monitoring specialist.

The following condition shall be added to Defendant's Bond:

- The defendant shall participate in the location monitoring program with Active Global Positioning Satellite technology. The defendant shall comply with a curfew as directed by the location monitoring specialist. The defendant shall abide by all program requirements, and must contribute towards the costs of the

services, to the extent financially able, as determined by the location monitoring specialist.

DATED July 23, 2025

                                      *John H. Chun*
                                John H. Chun
                                United States District Judge